# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

December 15, 2021

Hon. Loretta A. Preska
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Jorge Irizarry</u>
17 CR 283

Dear Judge Preska:

With the consent of the government by Hagan Scotten, we write to request an adjournment of the sentence date in the above case currently scheduled for December 21, 2021. This is the first request for an adjournment of the sentence in this case. We make this request because undersigned counsel need more time to prepare the defense's sentencing memorandum. Accordingly we request an additional 60 days to prepare for sentence. Thank you for your consideration.

```
Sentencing is adjourned to
Wednesday, February 15, 2022 at
11:00 a.m.

SO ORDERED.
            December 17, 2021
Dated:      New York, New York
```

Respectfully submitted,

/s/ Louis M. Freeman
Louis M. Freeman
Kelley Sharkey
Karloff Commissiong

```
LORETTA A. PRESKA
Senior United States District Judge
```