UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :   17-CR-283 (LAP)
                                    :   23-CV-237 (LAP)
         -v.-                       :
                                    :           ORDER
JORGE IRIZARRY,                     :
                                    :
              Defendant.            :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

On September 11, 2024, this Court issued an Order requiring former counsel, Kelley Sharkey, Esq., Louis Freeman, Esq., and Karloff Commissiong, Esq., (together, "Prior Counsel") for Defendant Jorge Irizarry to submit sworn testimony, in the form of affidavit, addressing the allegations of ineffective assistance of counsel made by the Defendant. (Dkt. no. 620 (the "September Order").) As of today's date, February 4, 2025, Prior Counsel has not complied with the September Order.

Prior Counsel shall comply with the September Order by no later than March 7, 2025. The Government shall promptly serve this Order on Prior Counsel and shall file a response to the unresolved aspects of Defendant's motion within 60 days of the date that all affidavits of Prior Counsel are made available to the Government.

**SO ORDERED.**

2/5/25

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE